957 A.2d 1177

**Ryan WHEELER, Petitioner**

v.

**Honorable C. Darnell JONES, Respondent.**

**No. 79 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 25, 2008.

**ORDER**

PER CURIAM.

**AND NOW,** this 25th day of September, 2008, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Mandamus is **DENIED.** The judge's name is to be stricken from the caption.